SAMUEL CANTITO and HARRY GOLDSTEIN, Respondents, v. BROOKLYN AND QUEENS TRANSIT CORPORATION and THE CITY OF NEW YORK, Appellants.— The action is to recover damages for personal injuries sustained by plaintiffs when an automobile in which they were passengers went into a hole located between the railroad tracks on Surf avenue, Brooklyn, causing the operator to lose control of the automobile, which collided with a fire hydrant on the sidewalk. Judgment reversed on the facts and a new trial granted, with costs to appellants to abide the event, on the ground that the determination of the jury is against the weight of the credible evidence. Davis, Adel and Close, JJ., concur; Hagarty and Johnston, JJ., dissent and vote to affirm.

ANNA V. CHESEBROUGH, Respondent, v. ALBERT CHESEBROUGH, Appellant.— In a separation action the plaintiff, who had been married to the defendant three years, moved for temporary alimony and counsel fees. The motion for temporary alimony was denied, except that the defendant was required to furnish a certain measure of support for the plaintiff on the basis already existing. Counsel fees were allowed in the sum of $2,500. The plaintiff's charges have very little support aside from her own affidavit, and are denied by the defendant with some measure of support from other sources. Under the circumstances, the determination of the principal question of alimony and counsel fees, further than allowed by this court, should await the result of the trial. Order, in so far as an appeal is taken therefrom, modified by reducing the amount of the counsel fees to $1,500, to be paid as follows: one-half within fifteen days from the entry of the order hereon and the balance on the day of the commencement of the trial of the action, and, as so modified, affirmed, without costs. Lazansky, P. J., Hagarty, Davis and Taylor, JJ., concur; Adel, J., not voting.